10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 29 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. B-00-027 |
| MARISOL AGUIRRE,<br>Defendant. | § § § | |

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file,

A. The Magistrate Judge's Report and Recommendation is hereby ADOPTED; and

B. Plaintiff's Motion for Default Judgment (Docket No. 8) is hereby GRANTED in the following amounts:

| | | | |
|---|---|---|---|
| 1. | Current Principal | $ | 2,107.33 |
| 2. | Current interest (capitalized and accrued) | $ | 1,654.07 |
| 3. | Administrative fees, costs, penalties | $ | 0.00 |
| 4. | Attorney's fees | $ | 550.00 |
| 5. | TOTAL Balance due | $ | 4311.40 |

DONE in Brownsville, Texas this 28 day of August, 2000.

_____
Hilda Tagle
United States District Judge

3